1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

6

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CV-01632-MCE-DAD |
| Plaintiff, | |
| v. | APPLICATION AND ORDER FOR PUBLICATION |
| APPROXIMATELY $50,319.11 SEIZED FROM 49ER CREDIT UNION BANK ACCOUNT NUMBER 1096173, HELD IN THE NAMES OF GREGORY S. BAKER AND DARRELL HINZ, | |
| DOUBLE WIDE MOBILE HOME TRAILER LOCATED AT 6170 NOB HILL DRIVE, SPACE 76, NEWCASTLE, CALIFORNIA, PLACER COUNTY, DECAL # ABE6629, SERIAL NOS. S13826XX AND S13826XXU, | |
| 2,363 SHARES OF GREATER SACRAMENTO BANCORP HELD IN THE NAME OF GREGORY S. BAKER, | |
| 2,363 SHARES OF GREATER SACRAMENTO BANCORP HELD IN THE NAME OF DARRELL HINZ, | |
| 5.0607% INTEREST IN CHINA ROAD, LLC, HELD IN THE NAME OF PACIFIC FACILITIES & DEVELOPMENT, LLC, | |

ANY AND ALL OWNERSHIP INTEREST IN DOUBLE CREEK RANCH, LLC, HELD IN THE NAME OF GREGORY BAKER,

ANY AND ALL OWNERSHIP INTEREST IN DOUBLE CREEK RANCH, LLC, HELD IN THE NAME OF DARRELL HINZ, AND

51% INTEREST IN EARTHSAVERS EROSION CONTROL, LLC, HELD IN THE NAME OF DARRELL HINZ,

Defendants.

The United States of America applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the United States shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3. The defendant properties were seized or are located in the cities of: Placerville, Newcastle, Sacramento, Auburn, and Woodland; and in the counties of: El Dorado, Placer, Sacramento, and Yolo in California;

4.    The United States proposes that publication be made as follows:

    a.    One publication;

    b.    Thirty (30) consecutive days;

    c.    On the official internet government forfeiture site www.forfeiture.gov;

    d.    The publication is to include the following:

        (1)    The Court and case number of the action;

        (2)    The date of the seizure/posting;

        (3)    The identity and/or description of the property seized/posted;

        (4)    The name and address of the attorney for the United States;

1            (5)   A statement that claims of persons entitled to possession or
2  claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court
3  and served on the attorney for the United States no later than 60 days after the first
4  day of publication on the official internet government forfeiture site; and
5            (6)   A statement that answers to the Complaint or a motion
6  under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed
7  and served within 21 days after the filing of the claims and, in the absence thereof,
8  default may be entered and condemnation ordered.

9  Dated: 6/18/12                    BENJAMIN B. WAGNER
                                     United States Attorney
10

11
                                     By:   /s/ Kevin C. Khasigian
12                                         KEVIN C. KHASIGIAN
                                           Assistant U.S. Attorney
13

14

15                              **ORDER**

16        IT IS SO ORDERED.

17  DATED: June 20, 2012.

18

19                                   _____
                                     DALE A. DROZD
20                                   UNITED STATES MAGISTRATE JUDGE

21

22

23  Ddad1\orders.civil\USvApprox$50,319.1632.pub.ord.wpd

24

25

26

27

28

                                3                    Application and Order for Publication