BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CV-01632-MCE-DAD |
| Plaintiff, | |
| v. | PROTECTIVE ORDER |
| APPROXIMATELY $50,319.11 SEIZED FROM 49ER CREDIT UNION BANK ACCOUNT NUMBER 1096173, HELD IN THE NAMES OF GREGORY S. BAKER AND DARRELL HINZ, | |
| DOUBLE WIDE MOBILE HOME TRAILER LOCATED AT 6170 NOB HILL DRIVE, SPACE 76, NEWCASTLE, CALIFORNIA, PLACER COUNTY, DECAL # ABE6629, SERIAL NOS. S13826XX AND S13826XXU, | |
| 2,363 SHARES OF GREATER SACRAMENTO BANCORP HELD IN THE NAME OF GREGORY S. BAKER, | |
| 2,363 SHARES OF GREATER SACRAMENTO BANCORP HELD IN THE NAME OF DARRELL HINZ, | |
| 5.0607% INTEREST IN CHINA ROAD, LLC, HELD IN THE NAME OF PACIFIC FACILITIES & DEVELOPMENT, LLC, | |

| | |
|---|---|
| 1 | ANY AND ALL OWNERSHIP INTEREST IN DOUBLE CREEK RANCH, LLC, HELD IN THE NAME OF GREGORY BAKER, |
| 2 | |
| 3 | ANY AND ALL OWNERSHIP INTEREST IN DOUBLE CREEK RANCH, LLC, HELD IN THE NAME OF DARRELL HINZ, AND |
| 4 | |
| 5 | 51% INTEREST IN EARTHSAVERS EROSION CONTROL, LLC, HELD IN THE NAME OF DARRELL HINZ, |
| 6 | |
| 7 | Defendants. |

This matter having come before this Court on the application of the United States of America for entry of a protective order pursuant to 18 U.S.C. § 983(j)(1)(A), which provides courts with jurisdiction to enter restraining orders and take such other action in connection with any property or other interest subject to forfeiture to ensure its availability for forfeiture; and

IT APPEARING TO THE COURT THAT:

The United States has filed a civil forfeiture complaint with respect to the following properties:

(a) Double Wide Mobile Home Trailer located at 6170 Nob Hill Drive, Space 76, Newcastle, California, Placer County, Decal # ABE6629, Serial Nos. S13826XX and S13826XXU;

(b) 2,363 Shares of Greater Sacramento Bancorp held in the name of Gregory S. Baker;

(c) 2,363 Shares of Greater Sacramento Bancorp held in the name of Darrell Hinz;

(d) 5.0607% Interest in China Road, LLC, held in the name of Pacific Facilities & Development, LLC;

(e) Any and all ownership interest in Double Creek Ranch, LLC, held in the name of Gregory Baker;

(f) Any and all ownership interest in Double Creek Ranch, LLC, held in the name of Darrell Hinz; and

(g) 51% Interest in Earthsavers Erosion Control, LLC, held in the name of Darrell Hinz.

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,
2  PURSUANT TO 18 U.S.C. § 983(j)(1)(A) THAT:

3  The above-referenced properties are hereby restrained in the manners described
4  below.

## DEFINITIONS

6  For purposes of this order, the following definitions shall apply:

7  1.   "Potential claimants" refers to Gregory S. Baker; Darrel Hinz; Greater
8  Sacramento Bancorp; China Road, LLC; Earthsavers Erosion Control, LLC and Double
9  Creek Ranch, LLC; their successors, assignees, officers, agents, servants, employees,
10 and attorneys, and those persons in active concert or participation with them who
11 receive actual notice of this order.

12 2.   "Defendant Property," or " above-referenced properties" refers to the
13 properties listed above as items (a) - (g).

## **PROHIBITED ACTIVITIES**

15 IT IS THEREFORE ORDERED that:

16 1.   Potential claimants shall not sell, transfer, negotiate, convey or dispose of
17 the above-referenced properties specified in this protective order without further order
18 of this Court.

19 2.   Potential claimants shall not grant, convert, or otherwise modify the
20 above-referenced properties specified in this protective order without further order of
21 this Court, nor shall potential claimants honor any demands by anyone or any entity to
22 leverage or borrow against the equity interest specified in this protective order without
23 further order of this Court.

24 3.   Potential claimants shall not move, disassemble or alter the current
25 location of Double Wide Mobile Home Trailer located at 6170 Nob Hill Drive, Space 76,
26 Newcastle, California, Placer County, Decal # ABE6629, Serial Nos. S13826XX and
27 S13826XXU order without further order of this Court.

28 4.   That the potential claimants shall remit all disbursement or

1 remuneration including but not limited to, interest or accounting payments, affiliated
2 with the above-referenced properties specified in this protective order payable to the
3 U.S. Department of Treasury and sent to the Internal Revenue Service – Criminal
4 Investigation, 4330 Watt Avenue, Suite 205, Sacramento, California 95821, Attn:
5 Jason Lamb, AFC.  Any such payments will be deposited into a Treasury suspense
6 account;  the IRS will provide an accounting for the funds received as the Court deems
7 appropriate.

8     5.    That the potential claimants shall send copies of all future correspondence
9 pertaining to the above-referenced properties specified in this protective order
10 including but not limited to, statements and accounting notices, to the Internal
11 Revenue Service – Criminal Investigation, 4330 Watt Avenue, Suite 205, Sacramento,
12 California 95821, Attn: Jason Lamb, AFC.

### **JURISDICTION**

15 This Court shall retain jurisdiction of this matter for all purposes.

16 The terms of this order shall remain in full force and effect until judgment is
17 rendered on the civil forfeiture complaint filed with respect to the above-referenced
18 defendant properties, or further order of the Court.  In the event a party chooses to
19 modify the terms of the protective order, they can do so only with prior approval of the
20 Court upon notice to the United States and an opportunity for the United States to be
21 heard.

22 IT IS SO ORDERED.

23 Dated:  June 21, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE