1 BENJAMIN B. WAGNER
United States Attorney
2 KEVIN C. KHASIGIAN
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916)554-2700

5 Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CV-01632-MCE-DAD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE A JOINT STATUS REPORT |
| APPROXIMATELY $50,319.11 SEIZED FROM 49ER CREDIT UNION BANK ACCOUNT NUMBER 1096173, HELD IN THE NAMES OF GREGORY S. BAKER AND DARRELL HINZ, | Old Date: August 24, 2012
New Date: October 17, 2012 |
| DOUBLE WIDE MOBILE HOME TRAILER LOCATED AT 6170 NOB HILL DRIVE, SPACE 76, NEWCASTLE, CALIFORNIA, PLACER COUNTY, DECAL # ABE6629, SERIAL NOS. S13826XX AND S13826XXU, | |
| 2,363 SHARES OF GREATER SACRAMENTO BANCORP HELD IN THE NAME OF GREGORY S. BAKER, | |
| 2,363 SHARES OF GREATER SACRAMENTO BANCORP HELD IN THE NAME OF DARRELL HINZ, | |
| 5.0607% INTEREST IN CHINA ROAD, LLC, HELD IN THE NAME OF PACIFIC FACILITIES & DEVELOPMENT, LLC, | |

| | |
|---|---|
| ANY AND ALL OWNERSHIP INTEREST IN DOUBLE CREEK RANCH, LLC, HELD IN THE NAME OF GREGORY BAKER, | |
| ANY AND ALL OWNERSHIP INTEREST IN DOUBLE CREEK RANCH, LLC, HELD IN THE NAME OF DARRELL HINZ, AND | |
| 51% INTEREST IN EARTHSAVERS EROSION CONTROL, LLC, HELD IN THE NAME OF DARRELL HINZ, | |
| Defendants. | |

IT IS HEREBY STIPULATED between the United States of America and claimants Gregory Baker, Dawn Baker and Darrell Hinz, by and through their respective attorneys, that:

1. The currently set August 24, 2012 deadline to file a joint status report, with the Court's approval, be continued to October 17, 2012 to allow the parties additional time to review the documents/pleadings and achieve a joint scheduling document.

Respectfully Submitted,

Dated: 8/22/12

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 8/20/12

By:  /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Claimants Gregory Baker and Dawn Baker

///

///

///

1  Dated: 8/22/12                              By:    /s/ William Portanova
                                                      WILLIAM PORTANOVA
2                                                     Attorney for Darrell Hinz

3                                                     (Authorized by email)

4                                         **ORDER**

5      IT IS SO ORDERED.

7  DATE:  August 24, 2012

                                          _____
9                                         MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE