BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $50,319.11 SEIZED FROM 49ER CREDIT UNION BANK ACCOUNT NUMBER 1096173, HELD IN THE NAMES OF GREGORY S. BAKER AND DARRELL HINZ,<br><br>DOUBLE WIDE MOBILE HOME TRAILER LOCATED AT 6170 NOB HILL DRIVE, SPACE 76, NEWCASTLE, CALIFORNIA, PLACER COUNTY, DECAL # ABE6629, SERIAL NOS. S13826XX AND S13826XXU,<br><br>2,363 SHARES OF GREATER SACRAMENTO BANCORP HELD IN THE NAME OF GREGORY S. BAKER,<br><br>2,363 SHARES OF GREATER SACRAMENTO BANCORP HELD IN THE NAME OF DARRELL HINZ,<br><br>5.0607% INTEREST IN CHINA ROAD, LLC, HELD IN THE NAME OF PACIFIC FACILITIES & DEVELOPMENT, LLC, | 2:12-CV-01632-MCE-DAD<br><br>STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE A JOINT STATUS REPORT<br><br>Old Date: August 24, 2012<br><br>New Date: October 17, 2012 |

Stipulation and Order to Continue Deadline
to File a Joint Status Report

|   |
|---|
| ANY AND ALL OWNERSHIP INTEREST IN DOUBLE CREEK RANCH, LLC, HELD IN THE NAME OF GREGORY BAKER, |
| ANY AND ALL OWNERSHIP INTEREST IN DOUBLE CREEK RANCH, LLC, HELD IN THE NAME OF DARRELL HINZ, AND |
| 51% INTEREST IN EARTHSAVERS EROSION CONTROL, LLC, HELD IN THE NAME OF DARRELL HINZ, |
| Defendants. |

IT IS HEREBY STIPULATED between the United States of America and claimants Gregory Baker, Dawn Baker and Darrell Hinz, by and through their respective attorneys, that:

1. The currently set August 24, 2012 deadline to file a joint status report, with the Court's approval, be continued to October 17, 2012 to allow the parties additional time to review the documents/pleadings and achieve a joint scheduling document.

Respectfully Submitted,

Dated: 8/22/12

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 8/20/12

By:   /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Claimants Gregory Baker and Dawn Baker

///

///

///

1 | Dated: 8/22/12                           By:      /s/ William Portanova
                                                     WILLIAM PORTANOVA
2                                                    Attorney for Darrell Hinz

3                                                    (Authorized by email)

4
                                          **ORDER**
5
       IT IS SO ORDERED.
6

7 DATE:  August 24, 2012

8                                          _____
9                                          MORRISON C. ENGLAND, JR.
                                           UNITED STATES DISTRICT JUDGE
10