1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          No. 2:12-cv-00705-MCE-DAD

12           Plaintiff,                 Related Cases:

13       v.                             No. 2:12-cv-00706-MCE-DAD
                                        No. 2:12-cv-01631-MCE-DAD
14   REAL PROPERTY LOCATED AT 149 G     No. 2:12-cv-01632-MCE-DAD
     STREET, LINCOLN, CALIFORNIA,
15   PLACER COUNTY, APN: 008-266-
     015-000, et al.,
16                                      **RELATED CASE ORDER**
             Defendants.
17   _____/

18   UNITED STATES OF AMERICA,          No. 2:12-cr-00294-MCE

19           Plaintiff,

20       v.

21   BART WAYNE VOLEN, GREGORY
     SCOTT BAKER and DARRELL
22   PATRICK HINZ,

23           Defendants.
     _____/

24

25       The Court has received the Notice of Related Case filed on

26   August 17, 2012.

27   ///

28   ///

                                    1

Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve the same parties, are based on the same or a similar claim, and involve the same property transaction or event.

Because the cases are already assigned to the same district judge, this Order is issued for informational purposes only and shall have no effect on the status of the cases.

IT IS SO ORDERED.

Dated: August 30, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE