BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CV-01632-MCE-DAD |
| Plaintiff, | |
| v. | STIPULATION TO STAY FURTHER PROCEEDINGS AND ORDER |
| APPROXIMATELY $50,319.11 SEIZED FROM 49ER CREDIT UNION BANK ACCOUNT NUMBER 1096173, HELD IN THE NAMES OF GREGORY S. BAKER AND DARRELL HINZ, | |
| DOUBLE WIDE MOBILE HOME TRAILER LOCATED AT 6170 NOB HILL DRIVE, SPACE 76, NEWCASTLE, CALIFORNIA, PLACER COUNTY, DECAL # ABE6629, SERIAL NOS. S13826XX AND S13826XXU, | |
| 2,363 SHARES OF GREATER SACRAMENTO BANCORP HELD IN THE NAME OF GREGORY S. BAKER, | |
| 2,363 SHARES OF GREATER SACRAMENTO BANCORP HELD IN THE NAME OF DARRELL HINZ, | |
| 5.0607% INTEREST IN CHINA ROAD, LLC, HELD IN THE NAME OF PACIFIC FACILITIES & DEVELOPMENT, LLC, | |

1  ANY AND ALL OWNERSHIP INTEREST
2  IN DOUBLE CREEK RANCH, LLC, HELD
   IN THE NAME OF GREGORY BAKER,
3  ANY AND ALL OWNERSHIP INTEREST
4  IN DOUBLE CREEK RANCH, LLC, HELD
   IN THE NAME OF DARRELL HINZ, AND
5
   51% INTEREST IN EARTHSAVERS
6  EROSION CONTROL, LLC, HELD IN
   THE NAME OF DARRELL HINZ,
7
                Defendants.
8

   The United States of America and claimants Gregory Baker, Dawn Baker and Darrell Hinz, by and through their respective counsel, hereby stipulate that a stay is appropriate in the above-entitled action, and request that the Court enter an order staying further proceedings until the conclusion of the related criminal case.  The basis for the proposed stay is the related criminal action against claimants Gregory Baker and Darrell Hinz, <u>United States v. Volen, et al.</u>, 2:12-CR-00294-MCE.

   1.  Claimants Gregory Baker and Dawn Baker filed claims to the following assets:  2,363 Shares of Greater Sacramento Bancorp held in the name of Gregory S. Baker;  the Double Wide Mobile Home Trailer located at 6170 Nob Hill Drive, Space 76, Newcastle, California, Placer County, Decal #ABE6629, Serial Nos. S13826XX and S13826XXU; and Gregory Baker's ownership interest in Double Creek Ranch, LLC. Claimant Dawn Baker's claim is based on her community property interest in the above properties.

   2.  Claimant Darrell Hinz filed claims to the following assets:  2,363 Shares of Greater Sacramento Bancorp held in the name of Darrell Hinz; an ownership interest in Double Creek Ranch, LLC held in the name of Darrell Hinz; 51% interest in Earthsavers Erosion Control, LLC;  5.0607% interest in China Road, LLC, held in the name of Pacific Facilities & Development, LLC;  and $50,319.11 in U.S. Currency seized from 49er Credit Union Bank Account number 1096173.

   3.  The claimants will file their respective Answers within twenty-one days of the lifting of the stay.

4. No other claimants have appeared in this action.

5. The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i).

6. To date, three individuals have been charged with federal criminal crimes related to a fraud against the United Auburn Indian Community of Auburn, California, United States v. Volen, et al., 2:12-CR-00294-MCE. It is the United States' position that the statute of limitations has not expired on potential criminal charges relating to the fraud. The United States intends to depose those charged with crimes connected to the fraud. If discovery proceeds at this time, these individuals, or some of them, will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination or waiving their Fifth Amendment rights and submitting to a deposition and potentially incriminating themselves. If they invoke their Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claims they filed with this court.

7. In addition, claimants intend to depose, among others, the agents involved with this investigation, including but not limited to the agents with the Internal Revenue Service. Allowing depositions of the law enforcement officers at this time would adversely affect the ability of the federal authorities to prepare for the criminal trial and/or further investigate the alleged underlying criminal conduct.

8. The parties recognize that proceeding with these actions at this time could have potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimants' ability to prove their claims to the defendant assets and to assert any defenses to forfeiture. For these reasons, the parties jointly request that these matters be stayed until the conclusion of the related criminal case, in accordance with the terms of this stipulation. At that time the parties will advise the

///

///

///

court of the status of the criminal case and will advise the court whether a further stay is appropriate.

                                    Respectfully Submitted,

Dated: 1/30/13　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
                                    United States Attorney

                               By:   /s/ Kevin C. Khasigian
                                        KEVIN C. KHASIGIAN
                                        Assistant U.S. Attorney

Dated: 1/29/13　　　　　　　　　　　　　　　/s/ Thomas A. Johnson
                                    THOMAS A. JOHNSON
                                    Attorney for Claimants Gregory
                                    Baker and Dawn Baker

Dated: 1/30/13　　　　　　　　　　　　　　　/s/ William Portanova
                                    WILLIAM PORTANOVA
                                    Attorney for Darrell Hinz

                                    (Signatures authorized by email)

## **ORDER**

For the reasons set forth above, this matter is stayed until the conclusion of the related criminal case. At that time, the parties will advise the Court whether a further stay is necessary.

IT IS SO ORDERED.

Dated:   February 4, 2013

                                    _____
                                    MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                    UNITED STATES DISTRICT JUDGE