**FILED**

APR 1 6 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Claimant Darrell Hinz

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY $50,319.11 SEIZED FROM 49ER CREDIT UNION BANK ACCOUNT NUMBER 1096173, HELD IN THE NAMES OF GREGORY S. BAKER AND DARRELL HINZ, <br><br> DOUBLE WIDE MOBILE HOME TRAILER LOCATED AT 6170 NOB HILL DRIVE, SPACE 76, NEWCASTLE, CALIFORNIA, PLACER COUNTY, DECAL #ABE6629, SERIAL NOS. S13826XX AND S13826XXU, <br><br> 2,363 SHARES OF GREATER SACRAMENTO BANCORP HELD IN THE NAME OF GREGORY S. BAKER, <br><br> 2,363 SHARES OF GREATER SACRAMENTO BANCORP HELD IN THE NAME OF | CASE NO.  2:12-CV-01632-TLN <br><br> STIPULATION AND (PROPOSED) ORDER AMENDING PROTECTIVE ORDER |

1

| | |
|---|---|
| DARRELL HINZ, | ) |
| | ) |
| 5.0607%INTEREST IN CHINA | ) |
| ROAD, LLC, HELD IN THE NAME | ) |
| OF PACIFIC FACILITIES & | ) |
| DEVELOPMENT, LLC, | ) |
| | ) |
| ANY AND ALL OWNERSHIP | ) |
| INTEREST IN DOUBLE CREEK | ) |
| RANCH, LLC, HELD IN THE NAME | ) |
| OF GREGORY BAKER, | ) |
| | ) |
| ANY AND ALL OWNERSHIP | ) |
| INTEREST IN DOUBLE CREEK | ) |
| RANCH, LLC, HELD IN THE NAME | ) |
| OF DARRELL HINZ, AND, | ) |
| | ) |
| 51% INTEREST IN EARTHSAVERS | ) |
| EROSION CONTROL, LLC, HELD | ) |
| IN THE NAME OF DARRELL HINZ, | ) |
| | ) |
| Defendants. | ) |

With the Court's permission, plaintiff United States of America, by and through its counsel, Assistant United States Attorney Kevin C. Khasigian, and defendant Darrell Hinz, by and through his attorney, William J. Portanova, hereby stipulate and agree that the Court may authorize disbursement of moneys from Earthsavers Erosion Control, LLC, in the name of Darrell Hinz, to pay necessary income taxes due today, April 15, 2013, for the year 2012.

The original Order froze Darryl Hinz' 51% and restrained Mr. Hinz from converting said property. This proposed order allows the income taxes to be timely paid.

///
///
///
///
///

Said payments shall to be made directly to the Internal Revenue Service.

DATED:   April 15, 2013

RESPECTFULLY SUBMITTED,

/s/ William J. Portanova

WILLIAM J. PORTANOVA
Attorney for Claimant Darrell Hinz

DATED:   April 15, 2013

RESPECTFULLY SUBMITTED,

/s/ Kevin C. Khasigian

KEVIN C. KHASIGIAN
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: 4/16/13

THE HON. TROY L. NUNLEY
United States District Judge

3