BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $50,319.11 SEIZED FROM 49ER CREDIT UNION BANK ACCOUNT NUMBER 1096173, HELD IN THE NAMES OF GREGORY S. BAKER AND DARRELL HINZ, et al.,<br><br>Defendants. | 2:12-CV-01632-TLN-AC<br><br>ORDER TO AMEND THE EXISTING PROTECTIVE ORDER TO APPOINT A MONITOR FOR EARTHSAVERS EROSION CONTROL, LLC |

This matter having come before this Court on the application of the United States of America to amend the existing protective order pursuant to 18 U.S.C. § 983(j)(1)(A), which provides courts with jurisdiction to enter restraining orders and take such other action in connection with any property or other interest subject to forfeiture to ensure its availability for forfeiture.

IT IS HEREBY HEREBY ORDERED, ADJUDGED, AND DECREED, PURSUANT TO 18 U.S.C. § 983(j)(1)(A) THAT:

Earthsavers Erosion Control, LLC is hereby restrained in the manner described below.

## PRIOR PROTECTIVE ORDERS

1. The protective order entered on June 22, 2012 [ECF No. 6] remains in full force and effect.

2. The amendment to the protective order entered on April 16, 2013 [ECF No. 25] remains in full force and effect.

## APPOINTMENT OF A MONITOR

3. Mr. David Flemmer is APPOINTED as the monitor of Earthsavers Erosion Control, LLC as specifically set forth below.

4. The monitor may review accounting documents, financial statements, inventory logs, business books and records, journals, ledgers, invoices, contracts, bank records, correspondence, employment contracts, inventory sheets, and business manuals to ensure that Earthsavers Erosion Control, LLC ("Earthsavers") is operating in compliance with generally accepted accounting principles and federal and state laws.

5. The monitor may order appraisals, consult with valuation professionals, and take other necessary and reasonable steps to properly value the business.

6. The monitor may access the business premises, the business bank accounts, consult with Earthsaver employees, and introduce other reasonable measures to prevent any potential business mismanagement or looting of company bank accounts, intellectual property and inventory.

7. The monitor, in consultation with the other equity partner of Earthsavers, may hire or terminate employees in order to efficiently conduct business.

8. The monitor, in consultation with the other equity partner of Earthsavers, may enter into or terminate contracts for professional services to efficiently conduct business.

9. The monitor, in consultation with the other equity partner of Earthsavers, may cut pay, give raises, or pay bonuses to deserving employees through their service to the business.

10. The monitor may secure the United States' interest in the $300,000 promissory note forfeited in Case No. 2:12-cr-00294-TLN. The monitor shall audit the Note and confirm the payment schedule and ensure that the promissory note is paid in a timely manner.

## **JURISDICTION**

This Court shall retain jurisdiction of this matter for all purposes. The terms of this order shall remain in full force and effect until judgment is rendered on the civil forfeiture complaint filed with respect to the above-referenced defendant properties and the United States' interests are liquidated or sold in their entirety. In the event a party chooses to modify the terms of the protective order or any of its amendments, they can do so only with prior approval of the Court upon notice to the United States and an opportunity for the United States to be heard.

IT IS SO ORDERED.

Dated:  December 1, 2015

_____
Troy L. Nunley
United States District Judge