BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CV-01632-TLN-AC |
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $50,319.11 SEIZED FROM 49ER CREDIT UNION BANK ACCOUNT NUMBER 1096173, HELD IN THE NAMES OF GREGORY S. BAKER AND DARRELL HINZ, | |
| DOUBLE WIDE MOBILE HOME TRAILER LOCATED AT 6170 NOB HILL DRIVE, SPACE 76, NEWCASTLE, CALIFORNIA, PLACER COUNTY, DECAL # ABE6629, SERIAL NOS. S13826XX AND S13826XXU, | |
| 2,363 SHARES OF GREATER SACRAMENTO BANCORP HELD IN THE NAME OF GREGORY S. BAKER, | |
| 2,363 SHARES OF GREATER SACRAMENTO BANCORP HELD IN THE NAME OF DARRELL HINZ, | |
| 5.0607% INTEREST IN CHINA ROAD, LLC, HELD IN THE NAME OF PACIFIC FACILITIES & DEVELOPMENT, LLC, | |
| ANY AND ALL OWNERSHIP INTEREST IN DOUBLE CREEK RANCH, LLC, HELD IN THE NAME OF GREGORY BAKER, | |

1

ANY AND ALL OWNERSHIP INTEREST IN DOUBLE CREEK RANCH, LLC, HELD IN THE NAME OF DARRELL HINZ, AND

51% INTEREST IN EARTHSAVERS EROSION CONTROL, LLC, HELD IN THE NAME OF DARRELL HINZ,

Defendants.

Pursuant to the Stipulations for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against the properties listed below:

   (a) Approximately $50,319.11 seized from 49er Credit Union Bank Account Number 1096173, held in the names of Gregory S. Baker and Darrell Hinz;

   (b) Double Wide Mobile Home Trailer located at 6170 Nob Hill Drive, Space 76, Newcastle, California, Placer County, Decal # ABE6629, Serial Nos. S13826XX and S13826XXU;

   (c) 2,363 Shares of Greater Sacramento Bancorp held in the name of Gregory S. Baker;

   (d) 2,363 Shares of Greater Sacramento Bancorp held in the name of Darrell Hinz;

   (e) 5.0607% Interest in China Road, LLC, held in the name of Pacific Facilities & Development, LLC;

   (f) Any and all ownership interest in Double Creek Ranch, LLC, held in the name of Gregory Baker;

   (g) Any and all ownership interest in Double Creek Ranch, LLC, held in the name of Darrell Hinz; and

   (h) 51% Interest in Earthsavers Erosion Control, LLC, held in the name of Darrell Hinz.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on June 18, 2012, alleging that said defendant properties are subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C).

3. On or about June 20, 2012, the Clerk issued a Warrant for Arrest for the defendant Approximately $50,319.11 seized from 49er Credit Union, and that warrant was executed on July 6, 2012. On or about June 22, 2012, a Protective Order was entered regarding assets (b)-(h) above.

4. Beginning on July 20, 2012, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on September 19, 2012.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a. Gregory Baker,
    b. Dawn Baker,
    c. Darrell Hinz,
    d. Celestia Hinz,
    e. Joby Baker,
    f. Doug Bailey,
    g. Dick Acevedo.

6. On July 24, 2012, Gregory S. Baker filed a claim alleging a co-owner interest in the following defendant properties with Dawn Baker: (1) Double Wide Mobile Home Trailer located at 6170 Nob Hill Drive, Space 76, Newcastle, California, Placer County, Decal # ABE6629, Serial Nos. S13826XX and S13826XXU; (2) 2,363 Shares of Greater Sacramento Bancorp held in the name of Gregory S. Baker; and (3) Any and all ownership interest in Double Creek Ranch, LLC, held in the name of Gregory Baker.

7. On July 24, 2012, Dawn Baker filed a claim alleging a co-owner interest in the following defendant properties with Gregory S. Baker: (1) Double Wide Mobile Home Trailer located at 6170 Nob Hill Drive, Space 76, Newcastle, California, Placer County, Decal # ABE6629, Serial Nos. S13826XX and S13826XXU; (2) 2,363 Shares of Greater Sacramento Bancorp held in the name of Gregory S. Baker; and (3) Any and all ownership interest in Double Creek Ranch, LLC, held in the name of Gregory Baker.

8. On July 27, 2012, Darrell Hinz filed a claim alleging an interest in the following defendant properties: (1) Approximately $50,319.11 seized from 49er Credit Union Bank Account Number 1096173, held in the names of Gregory S. Baker and Darrell Hinz; (2) 2,363 Shares of Greater Sacramento Bancorp held in the name of Darrell Hinz; (3) 5.0607% Interest in China Road, LLC, held in the name of Pacific Facilities & Development, LLC; (4) Any and all ownership interest in Double Creek Ranch, LLC, held in the name of Darrell Hinz; and (5) 51% Interest in Earthsavers Erosion Control, LLC, held in the name of Darrell Hinz.

9. On February 5, 2013, the Court entered a Stay in this case until the conclusion of the related criminal case.

10.    The Clerk of the Court entered Clerk's Certificates of Entry of Default against Celestia Hinz on February 13, 2013, and against Dick Acevedo and Doug Bailey on December 1, 2015.  Pursuant to Local Rule 540, the United States requests that, as a part of this Final Judgment of Forfeiture, the Court enter a default judgment against the interests, if any, of Celestia Hinz, Dick Acevedo, and Doug Bailey without further notice.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.    The Court adopts the Stipulations for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.    Judgment is hereby entered against claimants Gregory S. Baker, Dawn Baker, Darrell Hinz and all other potential claimants who have not filed claims in this action.

3.    All right, title, and interest of Gregory S. Baker, Dawn Baker, Darrell Hinz, and Pacific Facilities & Development, LLC, in the below listed the defendant properties shall be forfeited to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C), to be disposed of according to law:

    (a)  Approximately $50,319.11 seized from 49er Credit Union Bank Account Number 1096173, held in the names of Gregory S. Baker and Darrell Hinz, plus all accrued interest;

    (b)  2,363 Shares of Greater Sacramento Bancorp held in the name of Gregory S. Baker;

    (c)  2,363 Shares of Greater Sacramento Bancorp held in the name of Darrell Hinz;

    (d)  5.0607% Interest in China Road, LLC, held in the name of Pacific Facilities & Development, LLC;

    (e)  Any and all ownership interest in Double Creek Ranch, LLC, held in the name of Darrell Hinz; and

    (f)  51% Interest in Earthsavers Erosion Control, LLC, held in the name of Darrell Hinz.

4.    The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant properties.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or

forfeiture, as well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

    5.    All parties are to bear their own costs and attorneys' fees.

    6.    The U.S. District Court for the Eastern District of California, Hon. Troy L. Nunley, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

    7.    Based upon the allegations set forth in the Complaint filed June 18, 2012, and the Stipulations for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant properties, and for the commencement and prosecution of this forfeiture action.

SO ORDERED:

Dated: January 6, 2016

_____
Troy L. Nunley
United States District Judge